

Edward C. Wipper
1330 Avenue of the Americas, 23rd Floor
New York, New York 10019
Direct Dial: 646.593.7051
ewipper@beneschlaw.com

February 8, 2023

**VIA ECF**

Judge Ramon Reyes
United States Magistrate Judge
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: ***Easton v. 1StopBedroom*, Case Number: 1:22-cv-03763**

Dear Judge Reyes:

  This law firm represents Defendants in the above-referenced matter, and we write on consent to request an extension of time from February 8, 2023, to March 10, 2023, to move, answer, or otherwise respond to the Complaint. We have made progress in our discussion of the possibility of an early resolution of this matter, including productive conversations held today, and counsel for both parties believe that this additional time will be helpful to settling the case. As noted, Plaintiff's counsel consents to this additional extension. Four prior extensions of time were granted on consent.

  There are no other scheduled deadlines or appearances, and as such, this extension of time will not serve to delay this case.

  We thank the Court for its time and attention to this matter.

        Respectfully submitted,

        BENESCH, FRIEDLANDER, COPLAN &
         ARONOFF LLP

        Edward C. Wipper

cc: Shane T. Prince, Esq.